AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020
*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) Shannon, Brendan L. | 2. Court or Organization<br><br>U.S. Bankruptcy Court for the District of Delaware | 3. Date of Report<br>12/15/2021 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Bankruptcy Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2020<br>to<br>12/31/2020 |

| 7. Chambers or Office Address |
|---|
| U.S. Bankruptcy Court for the District of Delaware<br>824 Market Street<br>Wilmington, DE 19801 |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Adjunct professor | St. John's University School of Law |
| 2. | Member | National Bankruptcy Conference |
| 3. | Editor | Collier on Bankruptcy |
| 4. | Editor | ABI Law Review |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2020 | wages for work as Adjunct Professor at St. John's University School of Law | $8,000.00 |
| 2. 2020 | work as editor for Colliers | $5,000.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | honorarium for work as member of Cystic Fibrosis Foundation Data Safety Monitoring Board |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| Name of Person Reporting | Date of Report |
| --- | --- |
| Shannon, Brendan L. | 07/26/2021 |

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- | --- |
| 1. | St. John's University School of Law | 01/30/20 - 02/01/20 | NY, NY | related to work as adjunct professor | food, transportation, lodging |
| 2. | St. John's University School of Law | 10/01/20 - 10/03/20 | NY, NY | related to work as adjunct professor | food, transportation, lodging |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V.  GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shannon, Brendan L. | 07/26/2021 |

| 1 | Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| | (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 | Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 | Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | (See Column C2) | | V =Other | W =Estimated | | |

U =Book Value

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B<br>Income during reporting<br>period | | C<br>Gross value at end of<br>reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent, or<br>int ) | (1)<br>Value<br>Code 2 (J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g , buy,<br>sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of buyer/seller<br>(if private transaction) |
| 1.   M & T Bank | A | Interest | K | T | | | | | |
| 2.   Vanguard Cash Reserves Federal Money Market Investor Class (VMMXX) | | None | L | T | | | | | |
| 3.   Vanguard Intermediate Term Tax Exempt Fund, Admiral CL (VWIUX) | E | Int./Div. | O | T | | | | | |
| 4.   Vanguard Health Care Admiial CL (VGHAX) | E | Int./Div. | N | T | | | | | |
| 5.   Vanguard Total International Stock Index Fund, Admiral CL (VTIAX) | E | Int./Div. | N | T | | | | | |
| 6.   Vanguard Total Stock Market Index Fund, Admiral CL (VTSAX) | F | Int./Div. | P1 | T | | | | | |
| 7. | | | | | Buy (add'l) | 06/24/20 | J | | |
| 8. | | | | | Sold (part) | 08/20/20 | L | | |
| 9. | | | | | Buy (add'l) | 09/24/20 | J | | |
| 10. | | | | | Buy (add'l) | 12/23/20 | J | | |
| 11.  Vanguard Diversified Equity Inv Fund, IRA (VDEQX) | F | Int./Div. | N | T | Buy (add'l) | 12/30/20 | K | | |
| 12.  Vanguard Total International Stock Index Admiral Fund, IRA (VTIAX) | D | Int./Div. | L | T | | | | | |
| 13.  Vanguard Total Bond Market Index Admiral Fund, IRA (VBTLX) | D | Int./Div. | M | T | | | | | |
| 14.  Fidelity Contrafund (FCNTX) | D | Int./Div. | M | T | | | | | |
| 15.  Fidelity Loaw Priced Stock Fund (FLPSX) | D | Int./Div. | M | T | | | | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Shannon, Brendan L. | 07/26/2021 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 16. | Fidelity Low Priced Stock Fund, IRA (FLPSX) | C | Int./Div. | L | T | | | | |
| 17. | Fidelity 529 Education Account 2018 Fidelity Funds (age based) | A | Int./Div. | | | Redeemed (part) | 02/10/20 | J | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shannon, Brendan L. | 07/26/2021 |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shannon, Brendan L. | 07/26/2021 |

U = Book Value

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Redeemed | 07/06/20 | J | | |
| 19. Fidelity 529 Education Account 2019 Fidelity Funds (age based) | B | Int./Div. | K | T | Buy (add'l) | 01/02/20 | K | | |
| 20. | | | | | Redeemed (part) | 01/08/20 | K | | |
| 21. | | | | | Redeemed (part) | 02/18/20 | J | | |
| 22. | | | | | Buy (add'l) | 07/06/20 | L | | |
| 23. | | | | | Redeemed (part) | 08/18/20 | K | | |
| 24. | | | | | Redeemed (part) | 09/03/20 | J | | |
| 25. | | | | | Redeemed (part) | 12/28/20 | J | | |
| 26. Fidelity 529 Education Account 2021 Fidelity Funds (age based) | B | Int./Div. | K | T | Redeemed (part) | 01/02/20 | K | | |
| 27. | | | | | Redeemed (part) | 07/06/20 | K | | |
| 28. | | | | | Redeemed (part) | 07/16/20 | J | | |
| 29. Rental and vacation property in Pocono Pines, PA | | None | N | W | | | | | |
| 30. Vanguard Total International Bond Index Fund Admiral CL, IRA (VTABX) | E | Int./Div. | M | T | | | | | |
| 31. Fidelity Contrafund IRA (FLPSX) | E | Int./Div. | L | T | | | | | |
| 32. CREF Equity Index RI (CREF M1464621-5) | A | Int./Div. | J | T | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shannon, Brendan L. | 07/26/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Brendan L. Shannon**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544